# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED GONZALEZ,<br>    Plaintiff,<br><br>               v.<br><br>SONY MUSIC ENTERTAINMENT,<br>    Defendant. | CV 19-3807 DSF (PLAx)<br>CV 19-3747 DSF (PLAx)<br>CV 19-3806 DSF (PLAx)<br><br><br><br>JUDGMENT |
| AND RELATED CASES. | |

The Court having granted a motion to dismiss,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the actions be dismissed without prejudice as to the copyright claim, and that the actions be dismissed with prejudice as to all other claims.

Date: June 24, 2019

_____
Dale S. Fischer
United States District Judge